**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6562**

---

GUY LANCASTER RICHMOND,

                                        Plaintiff - Appellant,

          versus

CORRECTIONAL INSTITUTION HEALTH DEPARTMENT,
Maryland Correctional Institution, Western
Correctional Institution, Roxbury Correctional
Institution; THE STATE OF MARYLAND,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-99-3222-WMN)

---

Submitted:  August 24, 2000          Decided:  August 30, 2000

---

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Guy Lancaster Richmond, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GEN-
ERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Guy Lancaster Richmond appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Richmond v. Correctional Institution Health Dep't, No. CA-99-3222-WMN (D. Md. Apr. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2